UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

HANDEL MENA et al.,

Defendants.

---------------------------------------------------------------------X

26-CR-382 (JMF)

SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **September 1, 2026**, at **2:30 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. If that date or time does not work for any party, the parties should promptly confer and file a letter motion seeking to reschedule the conference for a date and time that works for all parties.

SO ORDERED.

Dated: August 27, 2026
New York, New York

JESSE M. FURMAN
United States District Judge